**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Ebon Roberts, Appellant.

Appellate Case No. 2015-002046

―――――――――――

Appeal from Horry County
Larry B. Hyman, Jr., Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2017-UP-085
Submitted January 1, 2017 – Filed February 15, 2017

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Susan Barber Hackett, of Columbia;
and Ebon Roberts, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF and SHORT, JJ., and MOORE, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.